**Order entered August 26, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00516-CV

**ANDREW CHOI, SN DALLAS-AMERICAN CORPORATION, AND NEHA GUPTA, AND AVINASH GUPTA, Appellants**

**V.**

**BRIXMOR HOLDINGS 12 SPE, LLC, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-18475**

### ORDER

Before the Court is the August 24, 2020 unopposed motion of appellants SN Dallas-American Corporation, Neha Gupta, and Avinash Gupta for an extension of time to file their brief on the merits. We **GRANT** the motion and extend the time to **September 25, 2020**.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE